**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM N. LUCY, <br> AIS 204880, <br><br>     Petitioner, <br><br> vs. <br><br> WARDEN MARY COOKS, <br><br>     Respondent. | : <br> : <br> : <br> :      CA 18-0218-WS-MU <br> : <br> : |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated November 2, 2018, is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of November, 2018.

                               **s/WILLIAM H. STEELE
                               UNITED STATES DISTRICT JUDGE**