# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

WILLIAM N. LUCY,  
AIS 204880,

    Petitioner,

vs.                                     CA 18-0218-WS-MU

WARDEN MARY COOKS,

    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that William N. Lucy is not entitled to federal habeas corpus relief, pursuant to 28 U.S.C. § 2254, because he has procedurally defaulted all his claims due to his failure to exhaust his state remedies and fairly present his constitutional claims to Alabama's Supreme Court. Therefore, his habeas corpus petition (Doc. 12) is **DENIED and DISMISSED**. Lucy is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 29th day of November, 2018.

                                      s/WILLIAM H. STEELE  
                                      **UNITED STATES DISTRICT JUDGE**